JS6

1  CARROL GILBERT & BACHOR LLP
2  Guy J. Gilbert (Bar No. 92646)
   711 South Brea Boulevard
3  Brea, CA 92821
   Telephone: (619) 236-9600
4  Facsimile: (619) 236-9669
   E-mail: rwofford@wilsonturnerkosmo.com
5
6  Attorneys for Plaintiffs/Counter-Defendants
   Hollywood Service Stations Inc. and Harry Hahn
7
8  **ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

9
10                    UNITED STATES DISTRICT COURT
11            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOLLYWOOD SERVICE STATIONS INC., a California corporation, WASMO RUN, CORP., a California corporation and HARRY HAHN an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 12-CV-06957-PA (VBKx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM *WITHOUT PREJUDICE* AS TO PLAINTIFFS/COUNTER-DEFENDANTS HOLLYWOOD SERVICE STATIONS INC. AND HARRY HAHN ONLY**<br><br>District Judge: Percy Anderson<br>Courtroom: 15<br><br>Magistrate Judge: Victor B. Kenton<br>Courtroom: 590<br><br>Complaint Filed: June 21, 2012<br>Trial Date: August 13, 2013 |

**ADDITIONAL COUNSEL:**

WILSON TURNER KOSMO LLP
Robin A. Wofford (Bar No. 137919)
Katherine M. McCray (Bar No. 243500)
550 West C Street, Suite 1050
San Diego, CA 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rwofford@wilsonturnerkosmo.com
E-mail: kmccray@wilsonturnerkosmo.com

Attorneys for Defendants/Counterclaimants
ExxonMobil Oil Corporation and Exxon Mobil Corporation
(erroneously sued herein as ExxonMobil Corporation)

ARCHER NORRIS
Jeffrey M. Hamerling (Bar No. 91532)
jhamerling@archernorris.com
Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
Alissa R. Pleau-Fuller (Bar No. 258907)
apleau-fuller@archernorris.com
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Telephone: 925.930.6600
Facsimile: 925.930.6620

Attorneys for Defendant/Counterclaimant
Circle K Stores Inc. (erroneously sued herein as Circle K Stores, Inc.)

---

C0379004/1599046-1

2 Case No. 12-CV-04689-PA (VBKx)

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM *WITHOUT PREJUDICE* AS TO PLAINTIFFS/COUNTER-DEFENDANTS HOLLYWOOD SERVICE STATIONS INC. AND HARRY HAHN ONLY

1  Having considered the Stipulation To Dismiss Complaint And Counterclaim *Without Prejudice* As To Plaintiffs/Counter-Defendants Hollywood Service Stations Inc. And Harry Hahn Only, by and between the parties, the Court hereby orders the complaint and claims of Plaintiffs/Counter-Defendants Hollywood Service Stations Inc. and Harry Hahn only and the counter-claims against Plaintiffs/Counter-Defendants Hollywood Service Stations Inc. and Harry Hahn only to be dismissed *without prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 8, 2013

_____
Hon. Percy Anderson
United States District Judge