CARROL GILBERT & BACHOR LLP
Guy J. Gilbert (Bar No. 92646)
711 South Brea Boulevard
Brea, CA 92821
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rwofford@wilsonturnerkosmo.com

Attorneys for Plaintiffs/Counter-Defendants
Hollywood Service Stations Inc. and Harry Hahn

JS6

**ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

HOLLYWOOD SERVICE STATIONS INC., a California corporation, WASMO RUN, CORP., a California corporation and HARRY HAHN an individual,

Plaintiffs,

v.

EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, inclusive,

Defendants.

Case No. 12-CV-06957-PA (VBKx)

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM *WITHOUT PREJUDICE* AS TO PLAINTIFFS/COUNTER-DEFENDANTS HOLLYWOOD SERVICE STATIONS INC. AND HARRY HAHN ONLY**

| | |
|---|---|
| District Judge: | Percy Anderson |
| Courtroom: | 15 |
| Magistrate Judge: | Victor B. Kenton |
| Courtroom: | 590 |
| Complaint Filed: | June 21, 2012 |
| Trial Date: | August 13, 2013 |

**ADDITIONAL COUNSEL:**

WILSON TURNER KOSMO LLP
Robin A. Wofford (Bar No. 137919)
Katherine M. McCray (Bar No. 243500)
550 West C Street, Suite 1050
San Diego, CA 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rwofford@wilsonturnerkosmo.com
E-mail: kmccray@wilsonturnerkosmo.com

Attorneys for Defendants/Counterclaimants
ExxonMobil Oil Corporation and Exxon Mobil Corporation
(erroneously sued herein as ExxonMobil
Corporation)

ARCHER NORRIS
Jeffrey M. Hamerling (Bar No. 91532)
jhamerling@archernorris.com
Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
Alissa R. Pleau-Fuller (Bar No. 258907)
apleau-fuller@archernorris.com
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Telephone: 925.930.6600
Facsimile: 925.930.6620

Attorneys for Defendant/Counterclaimant
Circle K Stores Inc. (erroneously sued herein as
Circle K Stores, Inc.)

C0379004/1599046-1 2 Case No. 12-CV-04689-PA (VBKx)

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM *WITHOUT PREJUDICE* AS TO PLAINTIFFS/COUNTER-DEFENDANTS HOLLYWOOD SERVICE STATIONS INC. AND HARRY HAHN ONLY

Having considered the Stipulation To Dismiss Complaint And Counterclaim *Without Prejudice* As To Plaintiffs/Counter-Defendants Hollywood Service Stations Inc. And Harry Hahn Only, by and between the parties, the Court hereby orders the complaint and claims of Plaintiffs/Counter-Defendants Hollywood Service Stations Inc. and Harry Hahn only and the counter-claims against Plaintiffs/Counter-Defendants Hollywood Service Stations Inc. and Harry Hahn only to be dismissed *without prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 8, 2013

Hon. Percy Anderson
United States District Judge